USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/3/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOCELYN PIERRE,

        Plaintiff,

-against-

BAY SEAFOOD CUISINE EAST 49TH LLC, et al.

        Defendants.

19-CV-9177 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

It appearing to the Court that no action has taken place in this case since October 30, 2019, when plaintiff filed an affidavit of service of the summons and complaint on each defendant, it is hereby ORDERED that, no later than **January 10, 2020**, plaintiffs shall file a status letter updating the Court on the present status of the case, including whether they intend to move for a default judgment.

Failure to comply with the above order may result in the case being dismissed by the Court for failure to prosecute pursuant to Rule 41(b).

Dated: New York, New York
      January 3, 2020

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**