UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOCELYN PIERRE,

     Plaintiff,

- against -

THE BAY SEAFOOD CUISINE EAST 49TH LLC d/b/a JASMINE RESTAURANT, CHINA CHALET EAST LLC, and 216 E. 49TH STREET, L.L.C.,

     Defendants.

**ORDER**

19 Civ. 9177 (PGG) (BCM)

PAUL G. GARDEPHE, U.S.D.J.:

  The following schedule will apply to Defendant 216 E. 49th Street L.L.C.'s motion to dismiss:

1. Defendant's motion is due on **August 13, 2021**;

2. Plaintiff's opposition is due on **September 12, 2021**; and

3. Defendant's reply, if any, is due on **October 4, 2021**.

Dated: New York, New York
   July 14, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge